# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN (DETROIT)

_____

| | |
|---|---|
| STEPHEN E. ARTHUR,<br>　　　　　Plaintiff,<br><br>　　vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio corporation; EQUIFAX INFORMATION SERVICES, LLC, a Georgia company; TRANS UNION, LLC, a Delaware limited liability company; FIRST PREMIER BANK, a foreign corporation; and BANK OF AMERICA, N.A., a national banking association;<br>　　　　　Defendants. | CASE NO.  2:16-cv-13916-LJM-DRG<br><br>Judge Laurie J. Michelson<br>Magistrate Judge David R. Grand |

_____

### JOINT NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY
_____

　　　PLEASE TAKE NOTICE that all matters herein have been compromised and settled as between Plaintiff Stephen E. Arthur ("Plaintiff") and Defendant Trans Union, LLC ("Trans Union").  Accordingly, Trans Union does not intend to participate in the Rule 16 Scheduling Conference on January 6, 2016, unless directed to do so by the Court.  Plaintiff and Trans Union anticipate filing a Stipulation of Dismissal with Prejudice shortly, once the settlement is consummated.

Respectfully submitted,


Date:  January 5, 2017      *s/ Christopher A. Ferguson*
Laura K. Rang, Esq. (IN #26238-49)
Christopher A. Ferguson, Esq. (IN #29540-49)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  lrang@schuckitlaw.com
E-Mail:  cferguson@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*


Date:  January 5, 2017      *s/ Travis L. Shackelford* (*with consent*)
Gary D. Nitzkin, Esq.  P41155
Travis L. Shackelford, Esq.  P68710
Nitzkin & Associates
22142 W. Nine Mile Road
Southfield, MI 48033
(248) 353-2882
gary@micreditlawyer.com
travis@CreditRepairLawyersAM.com

*Counsel for Plaintiff  Stephen E. Arthur*