# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **STEPHEN E. ARTHUR,**<br><br>    Plaintiff,<br><br>v.<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC., et al.,**<br><br>    Defendants. | Civil Action No.: 2:16-cv-13916<br><br>**Judge Laurie J. Michelson**<br>**Magistrate Judge David R. Grand** |
| NITZKIN & ASSOCIATES<br>Gary D. Nitzkin<br>Travis Shackelford<br>22142 West Nine Mile Road<br>Southfield, MI  48033<br>(248) 353-2882<br>Email:  gnitzkin@creditor-law.com<br>*Attorneys for Plaintiffs* | CLARK HILL PLC<br>Jordan S. Bolton<br>500 Woodward Avenue, Ste. 3500<br>Detroit, MI  48226-3435<br>(313) 965-8300<br>Email:  JBolton@clarkhill.com<br>*Attorneys for Equifax Information Services LLC*. |

## NOTICE OF SETTLEMENT

Defendant, Equifax Information Services LLC ("Equifax") and Plaintiff Stephen E. Arthur hereby notify the Court that Plaintiff and Equifax have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal, which they expect to complete on or before February 6, 2017.

Respectfully submitted this 5th day of January, 2017.

> */s/ Jordan S. Bolton*
> Jordan S. Bolton
> CLARK HILL, PLC
> 500 Woodward Avenue, Suite 3500
> Detroit, MI 48226
> Tel. (313) 965-8300
> Fax (313) 965-8252
> *Attorneys for Equifax Information Services LLC*
>
> */s/ Travis Shackelford*
> Travis Shackelford
> Michigan Consumer Credit Lawyers
> 22142 West Nine Mile Road
> Southfield, MI 48033
> Tel. (248) 353-2882
> Fax (248) 353-4840
> *Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of January, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Gary D. Nitzkin
Travis Shackelford
Nitzkin & Assoc.
22142 W. Nine Mile Rd.
Southfield, MI 48034

Sidney L. Frank
Tamara E. Fraser
Williams Williams Rattner & Plunkett, P.C.
380 North Old Woodward Avenue
Suite 300
Birmingham, MI 4800

Brian A. Nettleingham
Maddin, Hauser,
28400 Northwestern Highway
Third Floor
Southfield, MI 48034

Charity A. Olson
Justin A. Chmielewski
Olson Law Group
2723 S. State St.
Suite 150
Ann Arbor, MI 48104

Laura K. Rang
Christopher A. Ferguson
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077

Thomas J. Rheaume, Jr.
Bodman PLC
6th Floor at Ford Field
Detroit, MI  48226

*/s/ Jordan S. Bolton*
Jordan S. Bolton