UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHEN E. ARTHUR,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio corporation, EQUIFAX INFORMATION SERVICES, LLC, a Georgia company, TRANS UNION, LLC, a Delaware limited liability company, FIRST PREMIER BANK, a foreign corporation, and BANK OF AMERICA, N.A., a national banking association,

    Defendants.

Case No. 2:16-cv-13916
Hon. Laurie J. Michelson
Magistrate David R. Grand

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AS TO BANK OF AMERICA, N.A.

This matter having come before the Court pursuant to the stipulation of the parties, and the Court being otherwise fully advised on the premises;

    IT IS HEREBY ORDERED that Bank of America, N.A. is dismissed from this action, with prejudice, each party to bear their own costs and attorneys' fees.

    This is not a final order and does not close the case.

    IT IS SO ORDERED.

Dated: January 26, 2017

s/Laurie J. Michelson
LAURIE J. MICHELSON
U.S. DISTRICT JUDGE

2

Approved as to substance and form:

By: /s/Travis Schackelford (w/consent)  
Gary D. Nitzkin (P41155)  
Travis L. Shackelford (P68710)  
Michigan Consumer Credit Lawyers  
22142 W. Nine Mile Road  
Southfield, MI 48033  
(248) 353-2882  
*Attorneys for Plaintiff*

By: /s/Thomas J. Rheaume, Jr.  
Brian C. Summerfield (P57514)  
Thomas J. Rheaume, Jr. (P74422)  
Bodman PLC  
6th Floor at Ford Field  
1901 St. Antoine Street  
Detroit, MI 48226  
(313) 259-7777  
*Attorneys for Bank of America, N.A.*