UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| STEPHEN E. ARTHUR,<br>         Plaintiff,<br><br>    vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio corporation; EQUIFAX INFORMATION SERVICES, LLC, a Georgia company; TRANS UNION, LLC, a Delaware limited liability company; FIRST PREMIER BANK, a foreign corporation; and BANK OF AMERICA, N.A., a national banking association;<br>         Defendants. | CASE NO.  2:16-cv-13916<br><br>Judge Laurie J. Michelson<br>Magistrate Judge David R. Grand |

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE
AS TO DEFENDANT TRANS UNION, LLC, ONLY**

Plaintiff Stephen E. Arthur, by counsel, and Defendant Trans Union, LLC, by counsel, having agreed to the entry of this Stipulation And Order Of Dismissal With Prejudice dismissing all claims of Plaintiff Stephen E. Arthur against Defendant Trans Union, LLC only, with prejudice, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Stephen E. Arthur against Defendant Trans Union, LLC only are dismissed, with prejudice.  Plaintiff and Trans Union,

LLC shall each bear their own costs and attorneys' fees.

|  |  |
|---|---|
| Dated: February 15, 2017 | s/Laurie J. Michelson<br>LAURIE J. MICHELSON<br>U.S. DISTRICT JUDGE |

**I consent to the entry of this order**:

Date:  February 15, 2017                    *s/ Travis Shackelford* (with consent)
                                            Gary D. Nitzkin, Esq.
                                            Travis Shackelford, Esq.
                                            Carl Schwartz, Esq.
                                            Nitzkin & Associates
                                            22142 West Nine Mile Road
                                            Southfield, MI  48033
                                            Telephone:  248-353-2882
                                            Fax:  248-213-6397
                                            E-Mail:  gnitzkin@creditor-law.com
                                                       tschackelford@creditor-law.com
                                                       carl@micreditlawyer.com

                                            *Counsel for Plaintiff Stephen E. Arthur*

Date:  February 15, 2017                    *s/ Christopher A. Ferguson*
                                            Laura K. Rang, Esq.  (IN #26238-49-A)
                                            Christopher A. Ferguson, Esq.
                                             (IN #27833-49)
                                            Schuckit & Associates, P.C.
                                            4545 Northwestern Drive
                                            Zionsville, IN  46077
                                            Telephone:  317-363-2400
                                            Fax:  317-363-2257
                                            E-Mail:  lrang@schuckitlaw.com
                                                       cferguson@schuckitlaw.com

                                            *Counsel for Defendant Trans Union, LLC*

Brian A. Nettleingham, Esq. (MI #P58966)
Maddin, Hauser, Wartell, Roth
& Heller, P.C.
28400 Northwestern Hwy., 3rd Floor
Southfield, MI 48034
Telephone: 248-359-7503
E-Mail:  ban@maddinhauser.com

*Local Counsel for Defendant Trans Union, LLC*