UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHEN E. ARTHUR,

    Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC., et al.,

    Defendants.

Case No. 16-13916
Hon. Laurie J. Michelson

_____

**STIPULATION TO DISMISS
DEFENDANT EQUIFAX INFORMATION SERVICES, LLC, ONLY,
WITH PREJUDICE AND WITHOUT FEES OR COSTS**

    Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Stephen E. Arthur and Defendant Equifax Information Services, LLC, as evidenced by the signatures of their respective counsel below, stipulate to the dismissal of Plaintiff's claims as to Defendant Equifax Information Services, LLC, only, with prejudice and without attorney's fees or costs to either party.

Respectfully submitted,                  Dated:  March 16, 2017

<u>/s/ Gary D. Nitzkin            </u>   .
GARY D. NITZKIN  P41155
MICHIGAN CONSUMER CREDIT LAWYERS
Attorneys for Plaintiff
22142 W. Nine Mile Road
Southfield, MI 48033
(248) 353-2882
gary@micreditlawyer.com

<u>/s/ Jordan S. Bolton w/ permission</u>  .
JORDAN S. BOLTON (P66309)
CLARK HILL PLC
Counsel for Defendant Equifax Information Services, LLC
500 Woodward Ave., Suite 3500
Detroit, MI 48226-3435
Telephone: 313-965-8300
E-Mail: JBolton@clarkhill.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHEN E. ARTHUR,

    Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC., et al.,

    Defendants.

Case No. 16-13916
Hon. Laurie J. Michelson

_____

## ORDER DISMISSING DEFENDANT EQUIFAX INFORMATION SERVICES, LLC, ONLY, WITH PREJUDICE AND WITHOUT FEES OR COSTS

The Court, having reviewed the parties' stipulation, and finding good cause shown;

**IT IS HEREBY ORDERED** that Defendant Equifax Information Services, LLC is hereby dismissed from this matter with prejudice and without fees or costs to either party.

s/Laurie J. Michelson
LAURIE J. MICHELSON
U.S. DISTRICT JUDGE

Dated: March 20, 2017