UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHEN E. ARTHUR,

       Plaintiff,     Case No. 2:16-cv-13916
                                        Honorable Laurie J. Michelson
v.     Magistrate David R. Grand

EXPERIAN INFORMATION SOLUTIONS, INC.,
EQUIFAX INFORMATION SERVICES, LLC,
TRANS UNION, LLC,
FIRST PREMIER BANK and
BANK OF AMERICA, N.A.,

       Defendants.
_____

### STIPULATION TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC., ONLY, WITH PREJUDICE

      Plaintiff and Defendant Experian Information Solutions, Inc. ("Experian"), through their respective counsel, stipulate to the dismissal of Defendant Experian, only, with prejudice and without costs or attorney fees to either party.


| /s/ Travis Shackelford (by consent) | /s/ Tamara E. Fraser |
|---|---|
| Travis Shackelford (P68701) | Tamara E. Fraser (P51997) |
| Attorney for Plaintiff | Attorney for Defendant Experian |
| (248) 353-2882 | (248) 642-0333 |
| tshackelford@creditor-law.com | tefraser@wwrplaw.com |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

STEPHEN E. ARTHUR,

      Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,
EQUIFAX INFORMATION SERVICES, LLC,
TRANS UNION, LLC,
FIRST PREMIER BANK and
BANK OF AMERICA, N.A.,

      Defendants.

Case No. 2:16-cv-13916
Honorable Laurie J. Michelson
Magistrate David R. Grand

_____

## ORDER TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC., ONLY, WITH PREJUDICE

The Court having received the parties' Stipulation, and being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that Defendant Experian Information Solutions, Inc., only, shall be dismissed with prejudice and without costs or attorney fees awarded to either party.

This resolves the last pending claim and closes this case.

          s/Laurie J. Michelson
          LAURIE J. MICHELSON
Dated: March 30, 2017      U.S. DISTRICT JUDGE